NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WEST COAST CUTTING, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV11-5986 JFW (VBKx) <br><br> Assigned to the Honorable John F. Walter <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between all plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and defendant West Coast Cutting, Inc., and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed without prejudice.

DATED: July 26, 2012          _____
                              UNITED STATES DISTRICT COURT JUDGE

Westjs6 Order.doc

1

Order